**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JOE HAND PRODUCTIONS, INC.,

       Plaintiff,

v.                              Case No. 10-15102

PHOENIX PROMOTIONS, LLC, et al.,

       Defendants.

_____/

**ORDER PERMITTING FILING OF THIRD-PARTY COMPLAINT**
**AND SETTING SCHEDULING CONFERENCE**

On February 17, 2011, the court held a scheduling conference by telephone with counsel for Plaintiff Joe Hand Productions, Inc., and Defendants Phoenix Promotions, LLC and Sally B. Stallworth.  At the time, Defendants notified the court of an intent to implead a third-party defendant pursuant to Federal Rule of Civil Procedure 14(a).  As the scheduling conference was held more than fourteen days after Defendants' answer, Defendants must obtain the court's leave before filing the third-party complaint.  Fed. R. Civ. P. 14(a)(1).  During the scheduling conference, the parties stipulated to the filing of a third-party complaint within two weeks.  Therefore, the court will grant Defendants leave to file a third-party complaint on or before March 3, 2011, should they choose to do so.

Anticipating the need for additional scheduling, the court will hold a supplemental scheduling conference by telephone on March 31, 2011, at 9:30 a.m.  Accordingly,

IT IS ORDERED that Defendants file any third-party complaint in the above-captioned matter on or before **March 3, 2011**.

IT IS FURTHER ORDERED that, with or without a third-party complaint having been filed, counsel shall participate in a scheduling conference by telephone on **March 31, 2011, at 9:30 a.m.**  The court will initiate the call.


    s/Robert H. Cleland_____
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  February 18, 2011


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 18, 2011, by electronic and/or ordinary mail.


    s/Lisa Wagner_____
Case Manager and Deputy Clerk
(313) 234-5522